**15 CR 169** cat 2

**JUDGE LEE**



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**MAGISTRATE JUDGE FINNEGAN**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **YES**

   1a. If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **15 CR 149, US v. Edmonds, et al, Judge Sheila Finnegan**

   1b. Should this indictment or information receive a new case number from the court? **NO**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **YES**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   **Other Federal Statutes (III)**

10) List the statute of each of the offenses charged in the indictment or information.
    **18 U.S.C. 2339B(a)(1)**

_____
Barry Jonas
Assistant United States Attorney

**FILED**

APR 0 2 2015

THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT