UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE LEE**

**MAGISTRATE JUDGE FINNEGAN**

UNITED STATES OF AMERICA

v.

JONAS M. EDMONDS

Case No. 15 CR 149-2

Violations: Title 18, United States Code, Sections 2339B(a)(1) and 1001(a)(2)

**SUPERSEDING INFORMATION**

**FILED**

**COUNT ONE**

The UNITED STATES ATTORNEY charges:

DEC - 4 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1. At times material to this information:

    a. On or about October 15, 2004, the United States Secretary of State designated al-Qaida in Iraq as a foreign terrorist organization.

    b. On or about May 15, 2014, the Secretary of State amended that designation to add the alias the Islamic State of Iraq and the Levant as the primary name of al-Qaida in Iraq. The Secretary also added the following aliases to the listing: the Islamic State of Iraq and al-Sham, the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production.

2. Beginning no later than in or about January 2015, and continuing until at least on or about March 25, 2015, at Aurora, in the Northern District of Illinois, and elsewhere,

JONAS M. EDMONDS,

defendant herein, knowingly conspired with others to provide material support and resources, namely, personnel, to a foreign terrorist organization, namely, the Islamic State of Iraq and the Levant, knowing that it was a designated foreign terrorist organization and that the organization had engaged and was engaging in terrorist activity and terrorism;

In violation of Title 18, United States Code, Section 2339B(a)(1).

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about March 25, 2015, at Chicago, in the Northern District of Illinois,

### JONAS M. EDMONDS,

defendant herein, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations involving international terrorism in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency within the executive branch of the Government of the United States, when defendant stated to agents of the FBI, in sum and substance, that the purpose of Hasan Edmonds traveling to Egypt was to visit a friend and to see whether he liked Egypt, when defendant knew these statements were false, in that he knew that Hasan Edmonds was traveling to Egypt for the purpose of fighting for a foreign terrorist organization, namely, the Islamic State of Iraq and the Levant.

In violation of Title 18, United States Code, Section 1001(a)(2).

*Zachary T. Fardon by JBP*
UNITED STATES ATTORNEY

3